RAYMOND FINERTY et al., Respondents, v ABEX CORPORATION, Formerly Known as AMERICAN BRAKE SHOE COMPANY, et al., Defendants, and FORD MOTOR COMPANY, LTD., Appellant.

RAYMOND FINERTY et al., Respondents, v ABEX CORPORATION et al., Defendants, and FORD MOTOR COMPANY, Appellant.

Submitted December 7, 2015; decided December 15, 2015

Motion by Chamber of Commerce of the United States of America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge RIVERA taking no part.